IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| DENISE GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 6:16-cv-00978-RBD-DCI |
| v. | ) | |
| | ) | |
| CALIBER HOME LOANS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08, the Court is advised that during mediation January 19, 2017, before Mediator Kevin Carey, the parties reached a settlement agreement wherein this case would be dismissed with prejudice with each party to bear their own fees and costs. The parties require additional time in which to create and execute the final settlement agreement.

/s/ *George M. Gingo*

Catherine J. Jones, FBN 0709271
George M. Gingo, FBN 879533
400 Orange Street
Titusville, FL  32796
(321) 264-9624
(866) 311-9573
gingo.george@gmail.com
jones@mylegalninja.com
Attorney(s) for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *George M. Gingo*
Catherine J. Jones, FBN 0709271
George M. Gingo, FBN 879533
400 Orange Street
Titusville, FL  32796
(321) 264-9624
(866) 311-9573
gingo.george@gmail.com
jones@mylegalninja.com
Attorney(s) for Plaintiff