**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DENISE GARRISON,**

        **Plaintiff,**

**v.**                              **Case No:   6:16-cv-978-Orl-37DCI**

**CALIBER HOME LOANS, INC.,**

        **Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Notice of Settlement filed January 20, 2017 (Doc 40) indicating that this case has settled.   Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines and hearings are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 27th day of January, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record